David Anthony STEBBINS, Plaintiff–Appellant

v.

Rita F. STEBBINS and David D. Stebbins, Defendants–Appellees.

No. 13–2687.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 6, 2013.

Filed: Nov. 12, 2013.

David Anthony Stebbins Harrison, AR, pro se.

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Petitioner David A. Stebbins appeals from the judgment of the District Court[1] dismissing his pro se action. Upon review of the record, we conclude that we lack

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

jurisdiction to entertain this appeal. *See Dieser v. Cont'l Cas. Co.*, 440 F.3d 920, 923 (8th Cir.2006) (explaining that jurisdictional issues "will be raised sua sponte"). Following the dismissal of his complaint, Stebbins filed what was in effect a timely motion for postjudgment relief under Rule 59(e) of the Federal Rules of Civil Procedure. *See Osterneck v. Ernst & Whinney*, 489 U.S. 169, 174, 109 S.Ct. 987, 103 L.Ed.2d 146 (1989) ("[A] postjudgment motion will be considered a Rule 59(e) motion where it involves 'reconsideration of matters properly encompassed in a decision on the merits.'" (citation to quoted case omitted)). That motion remains pending, and until the District Court rules on it, Stebbins's notice of appeal will lie dormant. *See* Fed. R.App. P. 4(a)(4)(A) (noting that if a party timely files a Rule 59 motion for a new trial or to alter or amend the judgment, the time to file the appeal runs from the entry of the order disposing of such motion); *United States v. Duke*, 50 F.3d 571, 575 (8th Cir.); *cert. denied*, 516 U.S. 885, 116 S.Ct. 224, 133 L.Ed.2d 154 (1995).

Accordingly, we dismiss this appeal for lack of jurisdiction.